IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| ROBERT A. LOVE, | ) | |
| Plaintiff, | ) ) ) | 2:15-CV-01712-CRE |
| vs. | ) ) ) | |
| SUPERINTENDENT BRIAN THOMPSON, WHITMAN, PRISON COUNSELOR; DEBRA K. SAUERS, MICHAEL J. MAHLMEISTER, ERIC PERNETT, LT. MCFADDEN, JOHN DOES NO. 1-10, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY AS JAILERS/CORRECTIONS OFFICERS/HOUSING UNIT DEPUTIES/SHERIFF'S DEPUTIES/SUPERVISORS/IN-CHARGE DEPUTIES WITH THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, WHO WERE DELIBERATELY INDIFFERENT TO PLAINTIFF'S; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |

**O R D E R**

AND NOW, this 28th day of November, 2016, it is HEREBY ORDERED that Defendants' motion to dismiss Plaintiff's complaint [ECF No. 13] is GRANTED. Plaintiff may amend his complaint, consistent with this Court's memorandum opinion, by **December 19, 2016**.

By the Court:
s/ Cynthia Reed Eddy
Cynthia Reed Eddy
United States Magistrate Judge

cc: all registered counsel via CM-ECF