IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

ROBERT A. LOVE,                                    )
                                                   )
            Plaintiff,                             )              2:15-CV-01712-CRE
                                                   )
    vs.                                            )
                                                   )
SUPERINTENDENT BRIAN THOMPSON,                     )
WHITMAN, PRISON COUNSELOR;                         )
DEBRA K. SAUERS, MICHAEL J.                        )
MAHLMEISTER, ERIC PERNETT, LT.                     )
MCFADDEN,  JOHN DOES NO. 1-10,                     )
INDIVIDUALLY AND IN THEIR                          )
OFFICIAL CAPACITY AS                               )
JAILERS/CORRECTIONS                                )
OFFICERS/HOUSING UNIT                              )
DEPUTIES/SHERIFF'S                                 )
DEPUTIES/SUPERVISORS/IN-CHARGE                     )
DEPUTIES WITH THE PENNSYLVANIA                     )
DEPARTMENT OF CORRECTIONS, WHO                     )
WERE DELIBERATELY INDIFFERENT                      )
TO PLAINTIFF'S;                                    )
                                                   )
            Defendants,                            )

## **ORDER**

AND NOW, this 23rd day of June, 2017, after consideration of Defendants' motion for
judgment on the pleadings [ECF No. 26], it is HEREBY ORDERED that said motion is
DENIED.

IT IS FURTHER ORDERED that Defendants Superintendent Thompson and P.O.
Pernett are dismissed without prejudice.

                                   By the Court:

                                   s/ Cynthia Reed Eddy
                                   Cynthia Reed Eddy
                                   United States Magistrate Judge

cc: all registered counsel via CM-ECF