IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| ROBERT A. LOVE, | ) | |
| | ) | |
| Plaintiff, | ) | 2:15-CV-01712-CRE |
| | ) | |
| vs. | ) | |
| | ) | |
| WHITMAN, PRISON COUNSELOR; DEBRA K. SAUERS, MICHAEL J. MAHLMEISTER, ERIC PRENATT, LT. MCFADDEN, JOHN E. WETZEL, SHAWNESE THOMPSON, ADMINISTRATOR OF THE ESTATE OF BRIAN H. THOMPSON; | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants, | ) | |

## **ORDER**

AND NOW, this 23rd day of September, 2019,

After consideration of Corrections Defendant's motion for summary judgment (ECF No. 80),

IT IS HEREBY ORDERED that the motion be granted in part and denied in part without prejudice;

IT IS FURTHER ORDERED that the motion be granted as to Plaintiff's claims at Count II, as to all of Plaintiff's claims for declaratory and injunctive relief, and as to all claims asserted against Defendant Prenatt;

IT IS FURTHER ORDERED that the motion be denied as to Corrections Defendants argument regarding the statute of limitations;

IT IS FURTHER ORDERED that the remainder of the motion be denied without prejudice;

IT IS FURTHER ORDERED that the parties shall submit supplemental briefing on the following issues:

1

1. Whether Plaintiff intends to withdraw claims asserted against Secretary Wetzel;
2. Qualified immunity;
3. Compensatory damages;
4. Plaintiff's status as a pretrial detainee; and
5. The effect of that status on Plaintiff's remaining claims.

IT IS FURTHER ORDERED that Plaintiff shall submit his supplemental brief by October 23, 2019. Brief is limited to twenty (20) pages;

IT IS FURTHER ORDERED that Corrections Defendants shall submit their supplemental brief by October 23, 2019. Brief is limited to twenty (20) pages;

IT IS FURTHER ORDERED that Plaintiff's supplemental response brief is due November 25, 2019. Brief is limited to ten (10) pages;

IT IS FURTHER ORDERED that Corrections Defendants' supplemental response brief is due November 25, 2019. Brief is limited to ten (10) pages;

IT IS FURTHER ORDERED that to the extent that the parties need to supplement their concise statements of material fact, they shall file a motion for leave to do so by October 4, 2019; and

IT IS FURTHER ORDERED that an in-person status conference is scheduled for **October 2, 2019 at 10:00 a.m.**

By the Court,
s/ Cynthia Reed Eddy
Cynthia Reed Eddy
Chief United States Magistrate Judge