IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| ROBERT A. LOVE, | ) | |
| Plaintiff, | ) ) ) | 2:15-CV-01712-CRE |
| vs. | ) ) ) | |
| WHITMAN, PRISON COUNSELOR; DEBRA K. SAUERS, MICHAEL J. MAHLMEISTER, LT. MCFADDEN, JOHN E. WETZEL, SHAWNESE THOMPSON, ADMINISTRATOR OF THE ESTATE OF BRIAN H. THOMPSON; | ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |

## **ORDER**

AND NOW, this 26th day of January, 2021,

Upon consideration of Corrections Defendants' renewed motion for summary judgment (ECF Nos. 80, 102),

IT IS HEREBY ORDERED that said motion is granted in part and denied in part consistent with this Court's Memorandum Opinion.

By the Court:

s/ Cynthia Reed Eddy
Chief United States Magistrate Judge

cc: all registered counsel via CM-ECF